IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOSEPH C. WEAVER, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 10-0441-WS-M
:
WASHINGTON COUNTY SHERIFF'S :
DEPARTMENT, et al., :
:
    Defendants. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 9th day of November, 2010.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE